**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

DAVID JOSE CARRIZO RIVERA,

    Petitioner,

    v.

JEFFREY CRAWFORD, *et al.,*

    Respondents.

Case No. 2:26-cv-663

## <u>ORDER</u>

Petitioner David Jose Carrizo Rivera filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking a bond hearing or immediate release from detention at the Farmville Detention Center in Farmville, Virginia. ECF No. 1.

After the petitioner filed their claim, Immigration and Customs Enforcement transferred the petitioner to another detention facility, in the Eastern District of California. ECF No. 8. On July 22, 2026, the United States District Court for the Eastern District of California ordered the petitioner released from custody. *C.R. v. Andrews,* No. 1:26-cv-5483, ECF No. 10 (ED. Cal. July 22, 2026); *see* ECF No. 13 (federal respondents' suggestion of mootness).

Before the Court is an unopposed Report and Recommendation, in which the Honorable Douglas E. Miller, United States Magistrate Judge, concluded that the petition should be denied and dismissed as moot. ECF No. 14.

Judge Miller advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver

of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 14 at 3–4 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the Report and Recommendation.

In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendations without conducting a de novo review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Miller's findings and recommendations and found no clear error. Accordingly, the Report and Recommendation (ECF No. 14) is **ADOPTED**.

The petition filed in this District (ECF No. 1) is **DENIED** and **DISMISSED AS MOOT**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

/s/
_____
Jamar K. Walker
United States District Judge

Norfolk, Virginia
August 12, 2026

2